UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOUNPANE PHAYMANY,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>NORTHWEST IMMIGRATION AND CUSTOMS ENFORCEMENT PROCESSING CENTER,<br><br>　　　　　　　　　Respondent. | Case No. C25-854-RAJ-MLP<br><br>ORDER DIRECTING GOVERNMENT TO FILE STATUS REPORT |

This is a federal habeas action proceeding under 28 U.S.C. § 2241. Petitioner Bounpane Phaymany is currently detained by U.S. Immigration Customs and Enforcement ("ICE") at the Northwest ICE Processing Center ("NWIPC") in Tacoma, Washington. The Government's return to Petitioner's petition for writ of habeas corpus (dkt. # 13) is currently ripe for review. Also pending before the Court are Petitioner's motions for appointment of counsel (dkt. # 24) and for emergency release (dkt. # 25). Because the current basis of Petitioner's detention is unclear, the Court deems it necessary to obtain a status report from the Government before it addresses these other pending matters.

ORDER DIRECTING GOVERNMENT
TO FILE STATUS REPORT - 1

At the time Petitioner initiated this case in May 2025, he was subject to a final order of removal and was detained pursuant to 8 U.S.C. § 1231(a)(6) pending his removal to Thailand. (*See* dkt. ## 1-1, 8; *see also* dkt. # 28 at 2.) Petitioner, by way of his federal habeas petition, sought release from confinement on the grounds that his ongoing detention had become indefinite within the meaning *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*See id*.) Petitioner's removal proceedings were thereafter reopened, which shifted the Government's detention authority from § 1231(a)(6) to 8 U.S.C. § 1226(c). (*See* dkt. # 27, Exs. B; dkt. # 28 at 2.) A hearing was scheduled in Petitioner's reopened removal proceedings for October 21, 2025. (Dkt. # 27, Ex. C.) As the Government explained in its recent response to Petitioner's motion for emergency release, once Petitioner's removal proceedings end, his detention will shift back to 8 U.S.C. § 1231(a). (Dkt. # 28 at 2.)

There is nothing in the record indicating what transpired at the October 21st hearing and, thus, the Court is unaware of whether Petitioner's removal proceedings are still ongoing at this juncture or whether they have concluded. Because the status of Petitioner's removal proceedings affects the statutory basis for his current detention, and because the Court deems this information relevant to matters currently pending before the Court, the Court hereby ORDERS as follows:

(1) Not later than **November 7, 2025**, the Government shall submit a status report apprising the Court of the basis of Petitioner's current detention.

(2) The Government's return (dkt. # 13), and Petitioner's motions for appointment of counsel and for emergency release (dkt. ## 24-25), are RE-NOTED on the Court's calendar for consideration on **November 7, 2025**.

//

//

ORDER DIRECTING GOVERNMENT
TO FILE STATUS REPORT - 2

(3)     The Clerk shall send copies of this Order to Petitioner, to counsel for the United States, and to the Honorable Richard A. Jones.

DATED this 4th day of November, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

.