UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOUPANE PHAYMANY,

                Petitioner,

   v.

BRUCE SCOTT,

                Respondent.

Case No. C25-854-RAJ

ORDER DISMISSING FEDERAL HABEAS PETITION

The Court, having reviewed Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, the Government's return, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    Petitioner's petition for writ of habeas corpus (dkt. # 8), and this action, are DISMISSED with prejudice, as Petitioner's petition is moot.

    (3)    The Government's return (dkt. # 13), as well as Petitioner's motions for appointment of counsel (dkt. # 24) and for emergency release (dkt. # 25), are STRICKEN as moot.

ORDER DISMISSING FEDERAL
HABEAS PETITION - 1

(4)     The Clerk is directed to send copies of this Order to Petitioner, to counsel for the Government, and to the Honorable Michelle L. Peterson.

DATED this _____ day of _____, 2025.

RICHARD A. JONES
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS PETITION - 2