UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOUPANE PHAYMANY,

                Petitioner,

v.

BRUCE SCOTT,

                Respondent.

Case No. C25-854-RAJ

ORDER DISMISSING FEDERAL HABEAS PETITION

The Court, having reviewed Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, the Government's return, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    Petitioner's petition for writ of habeas corpus (dkt. # 8), and this action, are DISMISSED with prejudice, as Petitioner's petition is moot.

    (3)    The Government's return (dkt. # 13), as well as Petitioner's motions for appointment of counsel (dkt. # 24) and for emergency release (dkt. # 25), are STRICKEN as moot.

ORDER DISMISSING FEDERAL
HABEAS PETITION - 1

(4)   The Clerk is directed to send copies of this Order to Petitioner, to counsel for the Government, and to the Honorable Michelle L. Peterson.

DATED this 5th day of December, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS PETITION - 2