# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BOUPANE PHAYMANY,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>BRUCE SCOTT,<br><br>　　　　　Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C25-854-RAJ |

\_\_\_　**Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　　The Report and Recommendation is approved and adopted. Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, and this action, are dismissed with prejudice.

　　　Dated this 5th day of December, 2025.


　　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT


　　　　　　　　　　　　　　　　　　　Alejandro Pasaye Hernandez
　　　　　　　　　　　　　　　　　　　Deputy Clerk